# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. MOFFETT, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5014 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BURLINGTON NORTHERN SANTA FE RAILWAY, | ) ) ) | |
| Defendant. | ) | |

Following a telephone conference with counsel on December 28, 2005, and at the request of the parties, the scheduling conference is rescheduled **to March 20, 2006 at 2:00 p.m. Central Standard Time**. Counsel for the plaintiff will initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge