FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 OCT 12 PM 3: 19

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

Timothy L. Moffett,

        Plaintiff,

vs.

Burlington Northern Santa Fe Railway Company,

        Defendant.

Court File No. 7:05-cv-05014-JFB-TDT

**ORDER FOR DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice submitted by the parties, and the Court being fully apprised in the premises, it is hereby;

ORDERED and ADJUDGED that the above-styled cause of action be dismissed with prejudice, each side to pay his own costs and attorney's fees.

DONE and ORDERED this 12 day of Oct, 2006.

The Honorable Joseph F. Bataillon
United States District Court Judge
District of Nebraska

Copies to:
Terrance O. Waite, Counsel for Plaintiff
Thomas Flaskamp, Counsel for Plaintiff
Andrew J. Carafelli, Counsel for Defendant